CITY OF ST. LOUIS to use of UNION SAND & MATERIAL COMPANY Respondent, v. HILL-O'MEARA CONSTRUCTION COMPANY et al., Appellants.

**St. Louis Court of Appeals, July 16, 1913.**

City of St. Louis to use of Contracting & Supply Company v. Hill-O'Mera Construction Company, 175 Mo. App. 555, followed.

Appeal from St. Louis City Circuit Court.—*Hon. W. B. Homer,* Judge.

AFFIRMED.

*Robert E. Collins* for appellants.

*Block & Sullivan* for respondents.

ALLEN, J.—This is an action upon the same bond as that sued upon in City of St. Louis to the use and for the benefit of the Contracting & Supply Company v. Hill-O'Meara Construction Company et al., decided at this term, 175 Mo. App. 555. The same questions of law are involved as in the case just referred to, and the parties through their counsel have stipulated that in the event of the affirmance by this court of the judgment of the circuit court of the city of St. Louis rendered in City of St. Louis to the use and for the benefit of the Contracting & Supply Company v. Hill-O'Meara Construction Company, supra, then the judgment of the circuit court herein shall be affirmed.

Inasmuch as this court has affirmed the judgment in said Contracting & Supply Company case, and pursuant to the terms of the stipulation before us, the judgment herein should be affirmed. It is so ordered. *Reynolds, P. J.,* and *Nortoni, J.,* concur.